McKechney v. Mullane.

---

### John McKechney et al. v. Mary E. Mullane et al.

1. APPELLATE COURT PRACTICE—*Abstract Must Contain the Exceptions.*—When the abstract does not contain any exceptions to the proceedings of the trial court, this court will not look to the record to find them.

Appeal, from the Circuit Court of Cook County; the Hon. JOHN GIBBONS, Judge, presiding. Heard in this court at the March term, 1898. Affirmed. Opinion filed October 27, 1898.

L. D. CONDEE, attorney for appellants.

JEROME PROBST, attorney for appellees.

MR. JUSTICE ADAMS delivered the opinion of the court.

The abstract in this case does not contain any exception to any of the proceedings in the trial court. In such case the court will not look to the record. Aylsworth v. Moore, 58 Ill. App. 569; Wab. R. R. Co. v. Smith, Ib. 419; Poppers v. Perkins, 61 Ill. App. 250; R. R. Co. v. Lackman, 62 Ib. 437; Superior Lumber Co. v. Tracy, 78 Ill. App. 551; and cases therein cited.

The judgment will be affirmed.